1  JOSEPH T. MCNALLY
   Acting United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   REEMA EL-ALMAMY (Cal. Bar No. 237743)
4  Assistant United States Attorney
   Terrorism and Export Crimes Section
5      1500 United States Courthouse
       312 North Spring Street
6      Los Angeles, California 90012
       Telephone: (213) 894-0552
7      Facsimile: (213) 894-0140
       E-mail:    Reema.El-Almamy@usdoj.gov
8
   Attorneys for Applicant
9  UNITED STATES OF AMERICA

10                 UNITED STATES DISTRICT COURT

11             FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13  IN RE: WRIT OF HABEAS CORPUS AD      No. 2:24-cr-00570
    PROSEQUENDUM
14                                       GOVERNMENT'S NOTICE OF WITHDRAWAL
                                         OF DOCUMENTS NO. 956 AND 957
15
                                         (UNDER SEAL)
16

17       PLEASE TAKE NOTICE THAT applicant United States of America, by

18  and through its counsel of record, the United States Attorney for the

19  Central District of California and Assistant United States Attorney

20  Reema el-Almamy, hereby withdraws its MOTION FOR WRIT OF HABEAS

21  CORPUS AD PROSEQUENDUM,

22  //

23  //

24  //

25  //

26  //

27

28

WRIT OF HABEAS CORPUS, and ORDER ON APPLICATION FOR WRIT OF HABEAS

CORPUS, filed on February 16, 2025 at documents number 956 and 957

under case number 2:24-cr-00570.


 Dated: February 18, 2025          Respectfully submitted,

                                   JOSEPH T. MCNALLY
                                   Acting United States Attorney

                                   DAVID T. RYAN
                                   Assistant United States Attorney
                                   Chief, National Security Division


                                    /s/
                                   REEMA EL-ALMAMY
                                   Assistant United States Attorney

                                   Attorneys for Applicant
                                   UNITED STATES OF AMERICA