BILAL A. ESSAYLI
United States Attorney
DAVID T. RYAN
Assistant United States Attorney
Chief, National Security Division
REEMA M. EL-AMAMY (Cal. Bar No. 237743)
Assistant United States Attorney
Terrorism and Export Crimes Section
BRUCE K. RIORDAN (Cal. Bar No. 127230)
Assistant United States Attorney
Violent and Organized Crime Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0552/0480
     Facsimile: (213) 894-2927
     E-mail:    Reema.El-Amamy@usdoj.gov
                Bruce.Riordan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:24-CR-00570-WLH |
|---|---|
| Plaintiff, | STATUS REPORT RE: UNINDICTED CO-CONSPIRATOR #1 |
| v. | |
| CLAIRE PATRICIA HAVILAND, et al., | |
| Defendants. | |

     Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Reema M. El-Amamy and Bruce K. Riordan, provides the following update to the Court regarding unindicted co-conspirator #1.

On or about May 21, 2025, unindicted co-conspirator #1 was murdered while in state custody.[1]  The government had previously provided information to all defendants' counsel that unindicted co-conspirator #1 was not a cooperating witness in this matter.  This information is accurate.

Government counsel learned about the murder of unindicted co-conspirator #1 through a press release published the day after his murder.

RESPECTFULLY SUBMITTED,

DATED: May 23, 2025                   BILAL A. ESSAYLI
                                      United States Attorney

                                      DAVID T. RYAN
                                      Assistant United States Attorney
                                      Chief, National Security Division


                                       /s/ Reema M. El-Amamy
                                      REEMA M. EL-AMAMY
                                      Assistant United States Attorney

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

---

[1] See https://www.cdcr.ca.gov/news/2025/05/21/kern-valley-state-prison-officials-investigating-the-death-of-an-incarcerated-person-as-a-homicide-9/.